**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 2:15 p.m. on June 11, 2015, and adjourned at 2:20 p.m.

PRESENT:    C. Michael Hill , Magistrate Judge, Presiding
            Christina Chicola, Minute Clerk
            Recorded: Liberty Court Recorder CRM6
            Time in Court: 5 minutes

**GRAND JURY REPORT**

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN  INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:15-cr-00122-01 |   | X |
| 6:15-cr-00122-02 | X |   |
| 6:15-cr-00123-01 |   | X |
| 2:15-cr-00125-01 |   |   |
| 2:15-cr-00125-02 |   |   |
| 2:15-cr-00125-03 |   |   |
| 2:15-cr-00125-04 |   |   |
| 2:15-cr-00125-05 |   |   |

SEALED  INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:15-cr-00124-01 | X |   |
| 6:15-cr-00124-02 | X |   |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superceding Indictment
 ***   State Custody